```
VANESSA VIRLEA COLLIER         MONEY MATTERS
844 TOWNSEND RD                576 E 3RD ST, FORES
MORTON, MS 39117               FOREST, MS 39074



THOMAS C. ROLLINS, JR.         RADIUS GLOBAL SOLUTION
THE ROLLINS LAW FIRM, PLLC     9550 REGENCY SQUARE
P.O. BOX 13767                 JACKSONVILLE, FL 32225
JACKSON, MS 39236



21ST MORTGAGE CORP             REGIONS
ATTN: BANKRUPTCY               1900 FIFTH AVE
620 MARKET STREET              BIRMINGHAM, AL 35203
KNOXVILLE, TN 37902



A1 PAYDAY LOAN                 TRUSTMARK BANK
3208 SERVICE DR                103 PINOLA DR SW
PEARL, MS 39208                MAGEE, MS 39111



BOWER'S AUTO FINANCE           WORLD FINANCE CORP
409 FRONT STREET EXT.          P.O.BOX 6429
MERIDIAN, MS 39302             GREENVILLE, SC 29606



CHIME
PO BOX 417
SAN FRANCISCO, CA 94101



DEFERIT INC
ATTN: BANKRUPTCY/LEGAL
PO BOX 3511
NEW YORK, NY 10008



LEND NATION
1500 W GOVERNMENT ST B
BRANDON, MS 39042



LVNV FUNDING
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE, SC 29603
```