United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01408-JAW
Vanessa Virlea Collier  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Aug 14, 2025      Form ID: n031      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vanessa Virlea Collier, 844 Townsend Rd, Morton, MS 39117-8210 |
| 5519253 | + | A1 Payday Loan, 3208 Service Dr, Pearl, MS 39208-3541 |
| 5519254 | + | Bower's Auto Finance, 409 Front Street Ext., Meridian, MS 39301-4502 |
| 5520654 | + | Bowers Auto Inc., 409 Front Street Ext., Meridian MS 39301-4502 |
| 5519259 | + | Money Matters, 576 E 3rd St, Fores, Forest, MS 39074-4224 |
| 5519262 | + | Trustmark Bank, 103 Pinola Dr SW, Magee, MS 39111-3902 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5519252 | | Email/Text: ebn@21stmortgage.com | Aug 14 2025 19:35:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5542523 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2025 19:45:56 | AT & T Mobility aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5519255 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 14 2025 19:35:00 | Chime, PO Box 417, San Francisco, CA 94104-0417 |
| 5519256 | | Email/Text: backoffice.us@deferit.com | Aug 14 2025 19:35:00 | Deferit Inc, Attn: Bankruptcy/Legal, Po Box 3511, New York, NY 10008 |
| 5520425 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 19:45:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5519258 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 19:45:56 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5519257 | | Email/Text: bankruptcy@qcholdings.com | Aug 14 2025 19:35:00 | Lend Nation, PO BOX 14948, Lenexa, KS 66285 |
| 5519260 | + | Email/Text: ngisupport@radiusgs.com | Aug 14 2025 19:35:00 | Radius Global Solution, 9550 Regency Square, Jacksonville, FL 32225-8116 |
| 5519261 | + | Email/Text: newbk@Regions.com | Aug 14 2025 19:35:00 | Regions, 1900 Fifth Ave, Birmingham, AL 35203-2670 |
| 5525040 | | Email/Text: bankruptcynotices@trustmark.com | Aug 14 2025 19:35:00 | Trustmark National Bank, PO Box 291, Jackson, MS 39205 |
| 5519263 | + | Email/Text: bk@worldacceptance.com | Aug 14 2025 19:35:52 | World Finance Corp, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Aug 14, 2025 | Form ID: n031 | Total Noticed: 17 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Vanessa Virlea Collier trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01408−JAW
**Chapter:** 13

**In re:**

Vanessa Virlea Collier
aka Vanessa V Collier
844 Townsend Rd
Morton, MS 39117

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 14, 2025 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 14, 2025                                Danny L. Miller, Clerk of Court